IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Case No.: 19-163 |
| ) | |
| v. ) | |
| ) | |
| JARED ECK, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, to-wit, this 11th day of Oct. , 2019, upon consideration of the foregoing **Motion For Permission to Travel**, it is hereby ORDERED, ADJUDGED and DECREED that the within motion is hereby GRANTED, and Defendant, Jared Eck, is permitted to leave the Western District of Pennsylvania and travel to Baltimore, Maryland, in the United States District of Maryland to attend his brother's wedding from October 31, 2019 to November 2, 2019.

BY THE COURT:

_____, J

The Honorable Arthur J. Schwab
United States Senior District Court Judge