IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Nos. 19-163 |
| JARED ECK | |

**GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Rebecca L. Silinski, Assistant United States Attorney for said district and represents as follows:

1. The undersigned counsel for the government has reviewed the final Presentence Investigation Report ("PSIR"), Doc. No. 161, and conferred, by way of administrative resolution, with both defense counsel and the probation officer responsible for preparing the PSIR.

2. The government has no objections, additions, deletions, or corrections to the PSIR.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:   */s/ Rebecca L. Silinski*
REBECCA L. SILINSKI
Assistant United States Attorney
PA ID No. 320774