IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Case No.: 19-163 |
| | ) | |
| v. | ) | |
| | ) | |
| JARED ECK, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEFENDANT'S POSITION REGARDING SENTENCING HEARING**

Filed on behalf of Defendant:
Jared Eck

Samir Sarna, Esquire
Pa. I.D. #310372

429 Fourth Ave, Suite 1700
Pittsburgh, PA  15219

(412) 862-0347 - office
(412) 402-5000 - fax

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Case No.:  19-163 |
| | ) | |
| v. | ) | |
| | ) | |
| JARED ECK, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEFENDANT'S POSITION REGARDING SENTENCING HEARING

AND NOW, comes Defendant, Jared Eck, by and through his attorney, Samir Sarna, Esquire, and WORGUL, SARNA & NESS, LLC., and files the within Notice of Defendant's Position Regarding Sentencing Hearing. Mr. Eck and the undersigned have discussed both options set forth by this Honorable Court in the order dated April 2, 2021 [ECF No. 238], and the undersigned has conferred with the United States regarding this matter. Mr. Eck and the undersigned believe that a remote sentencing hearing through a videoconferencing medium is appropriate in this case.

Respectfully submitted,

/s/ Samir Sarna _____
Samir Sarna, Esquire

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Case No.: 19-163 |
| ) | |
| v. ) | |
| ) | |
| JARED ECK, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Samir Sarna, Esquire, hereby certify that the within Notice of Defendant's Position Regarding Sentencing Hearing was served via electronic filing on this 6th day of April 2021:

**The Honorable Judge Arthur J. Schwab**
U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219

**Rebecca Silinski, A.U.S.A.**
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

Respectfully submitted,

/s/ Samir Sarna_____
Samir Sarna, Esquire
Attorney for Defendant