IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 19-163

JARED ECK

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST JARED ECK**

AND NOW, this  18th  day of  October , 2021, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against Jared Eck, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Jared Eck in the following property are forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1):

   a) a black Ford F-150 pickup truck, bearing PA registration ZLN5393, and VIN 1FTEW1EG4FFD05653;

   b) $6,014.00 in United States currency, seized by law enforcement on May 24, 2019, from inside the aforementioned Ford F-150;

   c) $7,795.00 in United States currency, which was seized by law enforcement on May 24, 2019, from 311 Murrays Lane, Pittsburgh, PA 15234;

   d) Mossberg 22 Magnum long rifle, model 640KA with scope;

   e) Springfield long rifle 308-300 with scope;

   f) Winchester .22 caliber long rifle, model 67A;

   g) Excel long rifle, serial number 94318XF;

   h) Smith and Wesson pistol, serial number PBC2799;

   i) Oregon Arms long rifle 22SL or LR, serial number 1958;

   j) FEG RK59 9mm handgun, serial number A1397;

      k) Black Cobray Shotgun, with barrel magazine, S/S INC Atlanta gauge, SS 12 gauge, serial number 11483; and

      l) related ammunition and magazines.

2. This Order of Forfeiture against Jared Eck will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

                                                        s/Arthur J. Schwab
                                         United States District Court Judge